IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH SHERWIN and CECILIA SHERWIN,<br><br>Plaintiffs,<br>vs.<br><br>FORMER CHIEF LAUSTEN; CAPTAIN BARCAL; SERGEANT GOMAN; PROPERTY MANAGER; JOHN DOE, MAINTENANCE WORKER; and CITY OF LA VISTA,<br><br>Defendants. | **8:26CV461**<br><br>**ORDER** |

This matter is before the Court on Plaintiffs' motion for order requiring compliance with Rule 45 subpoena. Filing No. 14. Plaintiffs' move the Court for an Order requiring the custodian of records at Pointe Management Company to comply with the Rule 45 subpoena served on October 9, 2026. Filing No. 14.

Rule 45 of the Federal Rules of Civil Procedure allows a party to serve a subpoena for the production of documents upon a nonparty. Fed. R. Civ. P. 45. When a nonparty subpoena recipient fails to respond to a Rule 45 subpoena, the party serving the subpoena may file a motion to compel compliance with the subpoena and must provide notice of the motion to the person subject to the subpoena and to the other parties to the action. *See* Rule 45(d)(2)(B)(i) ("At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.").

Here, it appears Plaintiffs served opposing counsel with the present motion and supporting materials but the record contains no evidence or attestation as to whether service on Pointe Management Company was perfected. Accordingly,

IT IS ORDERED:

1. Plaintiffs shall serve their motion and supporting documents on the recipient of the subpoena, and file notice of such service, on or before November 24, 2026.
2. Failure to comply with this Order may result in the motion for order requiring compliance, Filing No. 14, being denied.

Dated this 10th day of November, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge